File #18CvS 235

NORTH CAROLINA　　　　　　　　　　IN THE GENERAL COURT OF JUSTICE

GREENE COUNTY　　　　　　　　　　　SUPERIOR COURT DIVISION

TIDE TAMER INDUSTRIES, INC., )
　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　)　　　COMPLAINT
　　　　　　　　　　　　　　　　　)
THE CINCINNATI INSURANCE　　　　 )
COMPANY,　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　)

　　　The Plaintiff, complaining of the Defendant alleges and says:

### JURISDICTION AND VENUE

1. The Plaintiff is a corporation organized and existing under the laws of the State of North Carolina with its principal place of business being located in Greene County, North Carolina.

2. The Defendant is a corporation organized and existing under the laws of the State of Ohio and, upon information and belief, is licensed under Chapter 58 of the North Carolina General Statutes to transact business in North Carolina, is authorized to conduct business in North Carolina, and actually does conduct business in North Carolina.

3. The amount in controversy exceeds Twenty-Five Thousand Dollars and 00/100 ($25,000.00) and, pursuant to N.C.G.S. §7A-243, this court has jurisdiction over the subject matter of this action.

4. This court has personal jurisdiction over the defendant pursuant to N.C.G.S. §1-75.4(10), because this



action arises out of a contract of insurance that covers property located in North Carolina, because the event out of which the claim arose occurred within North Carolina, and because the property affected by the event out of which the claim arose is also located in North Carolina.

5. The Defendant has minimum contacts with the State of North Carolina and, upon information and belief, issues insurance policies to individuals and/or companies that are located in, and transact business in, and own and operate property in North Carolina.

6. Venue of this action is proper in this court pursuant to N.C.G.S. §1-80 and/or §1-82.

FACTS

7. The Plaintiff is in the manufacturing business producing various types and sizes of boatlifts, gangways, docks, boatlift accessories, dock accessories and other products (the "Business").

8. The Plaintiff is the owner of a tract of land located at 900 Hwy. 258 S, Snow Hill, Greene County, North Carolina (the "Property"). Plaintiff has owned this property continuously since 2005.

9. Located on the Property is a building containing approximately 85,000 square feet (the "Building"). The Building is a single-story, pre-engineered metal building with a ribbed metal roof and ribbed metal panel siding. The Building contains a large manufacturing space, office space, and a storage mezzanine, all of which is utilized by the Plaintiff in its Business.

10. The Defendant issued to the Plaintiff a policy of insurance, policy #ENP0222956 (the "Policy"). This Policy

covered the Building and certain personal property utilized by the Plaintiff in its business. The Policy covered the period December 15, 2014 through December 15, 2017.

11. On October 8 and October 9, 2016, Hurricane Matthew swept through eastern North Carolina, including Greene County, with high winds and heavy rain.

12. As a direct result of the high winds of Hurricane Matthew, certain portions of the roof of the Building were damaged, allowing wind and heavy rain to intrude into the Building causing water damage to the interior of the Building.

13. The Plaintiff timely filed a claim with the Defendant as required under the insurance policy. Further, that the Plaintiff has cooperated fully with the Defendant in investigating the claim. The Plaintiff has met all conditions precedent under the Policy to bring this action.

14. Following an investigation, the Defendant denied the Plaintiff's claim, contending that any damage to the roof of the Building was the result of wear and tear and resulting from improper maintenance by the Plaintiff. Further, the Defendant denied any claim for damages to the interior of the Building based on water intrusion, contending that the building did not first sustain damage by a covered cause of loss to the roof or walls of the Building.

White&Allen, P.A.
ATTORNEYS AT LAW
KINSTON, NC

## CLAIM FOR RELIEF
### BREACH OF CONTRACT

15. The Plaintiff incorporates all proceeding paragraphs of this Complaint by reference.

16. The Plaintiff and the Defendant are parties to the Policy, a part of which is attached hereto as Exhibit A. The Policy is valid and enforceable and the Defendant has agreed to assume its obligation and confer Policy benefits to the Plaintiff as described herein.

17. The damage to Plaintiff's Building caused by Hurricane Matthew was a loss covered by the Policy. The Defendant had an obligation to meet its contractual obligations and to pay the damages suffered by the Plaintiff.

18. The Plaintiff has made demand upon the Defendant to pay its claim pursuant to the Policy, but that the Defendant has failed and refused to do so.

19. That the Defendant has breached its insurance contract with the Plaintiff, and as a result thereof, the Plaintiff has suffered damages in the amount of at least ONE HUNDRED THIRTY-FOUR THOUSAND FOUR HUNDRED EIGHTY-ONE AND 00/100 DOLLARS ($134,481.00), or such greater amount that may be shown in a trial of this action.

WHEREFORE, the Plaintiff respectfully prays unto the court as follows:

1. That the Plaintiff had and will recover of and from the Defendant the amount of ONE HUNDRED THIRTY-FOUR THOUSAND FOUR HUNDRED EIGHTY-ONE AND 00/100 DOLLARS ($134,481.00), or such greater amount that may be shown in a trial of this action.

2. That the Plaintiff have and recover pre and post judgment interest as allowed by law.

3. That the Plaintiff seeks such other and further relief as the court deems just and proper.

DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a trial by a jury of all issues of fact in this action.

This 5th day of October, 2018.

_____
Matthew S. Sullivan
N.C. State Bar #22343

_John P. Marshall by MSS_
John P. Marshall
N.C. State Bar #16732
Attorney for Plaintiff
WHITE & ALLEN, P.A.
Attorneys at Law
P. O. Box 3169
Kinston, N.C. 28502-3169
Tel.: (252) 527-8000

MSS/dfj #137
085852-00033

5



# The Cincinnati Insurance Company
A Stock Insurance Company

**Headquarters:** 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address:** P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

## COMMON POLICY DECLARATIONS

Billing Method: DIRECT BILL

| | |
|---|---|
| POLICY NUMBER | ENP 022 29 56 / EBA 022 29 56 |
| **NAMED INSURED** | TIDE TAMER INDUSTRIES, INC. UNIFAB, INC. BOAT LIFT WAREHOUSE, LLC PO BOX 737 |
| **ADDRESS** (Number & Street, Town, County, State & Zip Code) | SNOW HILL, NC 28580-0737 |

**Previous Policy Number:**
ENP0222956

**Policy Period:** At 12:01 A.M., STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**All coverages except Automobile and / or Garage**
Policy number: ENP 022 29 56   FROM: 12-15-2014   TO: 12-15-2017

**Automobile and / or Garage**
Policy number: EBA 022 29 56   FROM: 12-15-2014   TO: 12-15-2015

Agency   SOUND CHOICE INSURANCE, LLC 32-120
City   MOREHEAD CITY, NC

**Legal Entity / Business Description**

ORGANIZATION (ANY OTHER)

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

FORMS APPLICABLE TO ALL COVERAGE PARTS:
```
IA4298NC   01/07   NORTH CAROLINA NOTICE TO POLICYHOLDERS OF PROPERTY EXCLUSIONS
IA461      06/10   COINSURANCE CONTRACT
IL0017     11/98   COMMON POLICY CONDITIONS
IA102A     09/08   SUMMARY OF PREMIUMS CHARGED
IA904      04/04   SCHEDULE OF LOCATIONS
IP446      08/01   NOTICE TO POLICYHOLDERS
IA319      01/08   EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM
IA4006     07/10   SPECIAL PER OCCURRENCE DEDUCTIBLE ENDORSEMENT
IA4117NC   09/13   NORTH CAROLINA CHANGES - CANCELLATION AND NONRENEWAL
IA4338     05/11   SIGNATURE ENDORSEMENT
IL0022     05/87   EFFECTIVE TIME CHANGES - REPLACEMENT OF 12 NOON
FM502      07/08   COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS
MA559      05/10   CONTRACTORS' EQUIPMENT (AND TOOLS) COVERAGE PART DECLARATIONS
CA519XCP   03/09   CINCIPLUS® CRIME XC+® (EXPANDED COVERAGE PLUS) COVERAGE PART
                   DECLARATIONS
AA505      03/06   BUSINESS AUTO COVERAGE PART DECLARATIONS
```



# THE CINCINNATI INSURANCE COMPANY
## A Stock Insurance Company
## COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER:     ENP 022 29 56
Named Insured is the same as it appears on the Common Policy Declarations unless otherwise stated here.

Loc. (address)
REFER TO IA904

| | COVERAGE PROVIDED | | | | OPTIONAL COVERAGES Applicable only when an entry is made | | | | Business Income Indemnity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Coverage | Limits | Coin-surance | Covered Cause Of Loss | Inflation Guard (%) | Replace-ment Cost (x) | Replace-ment Cost Incl. Stock (x) | Agreed Value (x) | Monthly Limit (fraction) | Maximum Period (X) | Extended Period (Days) |
| 1-1 | BUILDING | 2,150,000 | 90% | SPECIAL | | X | | | | | |
| 1-1 | BUSINESS PERSONAL PROPERTY | 400,000 | 90% | SPECIAL | | | X | | | | |
| 1-1 | BUSINESS INCOME W/EXTRA EXPENSE (b) | 350,000 | | SPECIAL | | | | | 1/4 | | |

DEDUCTIBLE: $500.00 unless otherwise stated $    2,500

MORTGAGE HOLDER
| Item | Name and Address |
|---|---|
| 1-1 | SELECT BANK & TRUST COMPANY<br>C/O: DANA<br>3600 CHARLES BLVD<br>GREENVILLE, NC 27858-8077 |

FORMS AND / OR ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:
| | | |
|---|---|---|
| FM101 | 04/04 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM (INCLUDING SPECIAL CAUSES OF LOSS) |
| FA214 | 01/06 | ACCOUNTS RECEIVABLE/VALUABLE PAPERS: INCREASED LIMIT OF INSURANCE |
| FA4042 | 11/07 | PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT |
| FA4098 | 01/09 | CINCIPLUS® COMMERCIAL PROPERTY POWER XC+® (EXPANDED COVERAGE PLUS) ENDORSEMENT SUMMARY OF COVERAGE LIMITS |
| FA450 | 11/04 | COMMERCIAL PROPERTY CONDITIONS |
| FA480 | 04/04 | LOSS PAYABLE PROVISIONS |
| FA490NC | 09/13 | NORTH CAROLINA CHANGES |
| FA258 | 09/09 | CINCIPLUS® COMMERCIAL PROPERTY POWER XC+® (EXPANDED COVERAGE PLUS) ENDORSEMENT |
| FA260 | 01/10 | MANUFACTURERS' ADDITIONAL COVERAGE |
| FA245 | 05/10 | EQUIPMENT BREAKDOWN COVERAGE (INCLUDING PRODUCTION MACHINERY) |
| FA213 | 04/04 | BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SCHEDULE OF LOCATIONS

| LOC. | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 1 | 900 HWY 258 S | SNOW HILL | NC | 28580-8964 |

IA 904 04 04