IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-186-FL

| | |
|---|---|
| TIDE TAMER INDUSTRIES, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | STIPULATION OF DISMISSAL |
| THE CINCINNATI INSURANCE ) | |
| COMPANY, ) | |
|     Defendant. ) | |

NOW COMES PLAINTIFF, Tide Tamer Industries, Inc., and DEFENDANT, The Cincinnati Insurance Company, by and through their respective attorneys, and hereby stipulates to the dismissal of all claims as between said parties with prejudice. Each party shall bear its own attorney's fees and costs.

This the 13th day of February, 2019.

| | |
|---|---|
| /s/ Matthew S. Sullivan | /s/ T. Nicholas Goanos |
| N.C. State Bar # 22343 | N.C. State Bar #45656 |
| msullivan@whiteandallen.com | tgoanos@butler.legal |
| /s/ John P. Marshall | Butler Weihmuller Katz Craig LLP |
| N.C. State Bar # 16732 | Attorney for Defendant |
| jmarshall@whiteandallen.com | 11605 North Community House Road |
| Attorneys for Plaintiff | Suite 150 |
| WHITE & ALLEN, P.A. | Charlotte, N.C. 28277 |
| P. O. Box 3169 | Tel.: (704) 543-2321 |
| Kinston, N.C. 28502-3169 | Fax: (704) 543-2324 |
| Tel.: (252) 527-8000 | |
| Fax: (252) 527-8128 | |

CERTIFICATE OF SERVICE

      This is to certify that the undersigned has this date electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      L. Andrew Watson
      T. Nicholas Goanos
      Butler Weihmuller Katz Craig LLP
      11605 N. Community House Road, Suite 150
      Charlotte, NC 28277
      awatson@butler.legal
      ngoanos@butler.legal

This 13th day of February, 2019.

      /s/Matthew S. Sullivan
      N.C. State Bar # 22343
      msullivan@whiteandallen.com
      /s/John P. Marshall
      N.C. State Bar # 16732
      jmarshall@whiteandallen.com
      Attorneys for Plaintiff
      WHITE & ALLEN, P.A.
      Attorneys at Law
      P. O. Box 3169
      Kinston, N.C. 28502-3169
      Tel.: (252) 527-8000
      Fax: (252) 527-8128

[085852-00033/2108791/1]    2

Case 4:18-cv-00186-FL   Document 19   Filed 02/13/19   Page 2 of 2